**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SUNEDISON, INC., *et al.,*<br><br>    Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 16-10992 (DSJ)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, IN ITS CAPACITY AS TRUSTEE OF THE SUNEDISON LITIGATION TRUST,<br><br>    Plaintiff,<br><br>– against –<br><br>EXPEDITORS INTERNATIONAL, EXPEDITORS INTERNATIONAL INC., EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., AND EXPEDITORS INTERNATIONAL (UK) LTD.,<br><br>    Defendants. | Adv. Pro. No. 19-01110 (DSJ) |

---

[1]  The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE Minnesota Holdings, LLC (8926); SunE MN Development Holdings, LLC (5388); and SunE MN Development, LLC (8669); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

1

## SEVENTH AMENDED ORDER SETTING PRETRIAL SCHEDULE

**WHEREAS**, the Court has considered the parties' requests that the expert discovery deadlines be deferred pending the disposition of the parties' summary judgment motions (the "Summary Judgment Motions"), and has determined to amend the Sixth Amended Scheduling Order [Doc. 51] as set forth herein;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendants shall file their moving summary judgment papers by February 27, 2026.

2. Plaintiff shall file its opposition to Defendants' motion and any cross-motion by March 27, 2025.

3. Defendants shall file their reply to Plaintiff's opposition, and opposition to any cross-motion filed by Plaintiff, by April 10, 2026.

4. Plaintiff shall file its reply to Defendants' opposition to Plaintiff's cross-motion by April 24, 2026.

5. Expert discovery shall be stayed pending the disposition of the Summary Judgment Motions.


Dated: New York, New York
       February 19, 2026

                                        _s/ David S. Jones_____
                                        Honorable David S. Jones
                                        United States Bankruptcy Judge