David H. Pikus
**BRESSLER, AMERY & ROSS, P.C.**
17 State Street
New York, NY 10004
Phone: (212) 425-9300
Fax: (212) 425-9337
E-mail: dpikus@bressler.com

Thomas S. Hemmendinger
Lisa M. Kresge
**BRENNAN SCUNGIO & KRESGE LLP**
362 Broadway
Providence, RI 02909
Phone: (401) 453-2300
Fax: (401) 453-2345
E-mail: lkresge@bskllp.com

*Attorneys for Defendants*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SUNEDISON, INC. et al.<br><br>          Reorganized Debtors | Chapter 11<br>Case No. 16-10992 (DSJ)<br>(Jointly administered) |
| DRIVETRAIN, LLC, in its capacity as trustee of the SunEdison Litigation Trust<br><br>          Plaintiff<br><br>          v.<br><br>EXPEDITORS INTERNATIONAL, EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., EXPEDITORS INTERNATIONAL, INC. and EXPEDITORS INTERNATIONAL (UK) LTD.<br><br>          Defendants | Adv. Pro. No. 19-01110 (DSJ)<br><br>**AMENDED NOTICE OF MOTION** |

TO:    COLE SCHOTZ, P.C.
        1325 Avenue of the Americas, 19th Floor
        New York, New York 10019
        Phone: (212) 752-8000
        Fax: (212) 752-8393
        E-mail: CWelch@coleschotz.com
        *Attorneys for Plaintiff*

**PLEASE TAKE NOTICE**, that, pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56, the Defendants will move this Court on May 14, 2026 at 10 a.m. or as soon thereafter as counsel may be heard for an order: (a) granting summary judgment dismissing the Complaint; (b) in the alternative, granting partial summary judgment; and (c) granting such other and further relief as the Court may deem just and proper.

Defendants will rely in support of this motion upon the Declarations of Lisa M. Kresge, Joseph Markus, Todd Albert, Bradley Powell and Tracey Hamman and the exhibits annexed thereto, and the accompanying Memorandum of Law.

Dated: New York, New York
March 9, 2026

BRESSLER, AMERY & ROSS, P.C.

By: _____
       David H. Pikus
17 State Street, 5th Floor
New York, NY 10004
Tel. (212) 425-9300
Fax (212) 425-9337

- and -

BRENNAN SCUNGIO & KRESGE LLP

By: _/s/ Lisa M. Kresge_____
Thomas S. Hemmendinger
Lisa M. Kresge
362 Broadway
Providence, RI 02909
Tel. (401) 453-2300
Fax (401) 453-2345

*Attorneys for Defendants Expeditors International of Washington, Inc. and Expeditors International (UK) Ltd.*

2