**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SUNEDISON, INC., *et al.,*<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 16-10992 (DSJ)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, IN ITS CAPACITY AS TRUSTEE OF THE SUNEDISON LITIGATION TRUST,<br><br>Plaintiff,<br><br>– against –<br><br>EXPEDITORS INTERNATIONAL, EXPEDITORS INTERNATIONAL INC., EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., AND EXPEDITORS INTERNATIONAL (UK) LTD.,<br><br>Defendants. | Adv. Pro. No. 19-01110 (DSJ) |

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE Minnesota Holdings, LLC (8926); SunE MN Development Holdings, LLC (5388); and SunE MN Development, LLC (8669); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

**ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND GRANTING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS' "TIME-BAR DEFENSE"**

Upon consideration of (a) the motion [Adv. Docket No. 56] (the "**Defendants' Motion**") of defendants Expeditors International of Washington, Inc. ("**EIW**") and Expeditors International (UK) Ltd. ("**Expeditors UK**," and together with EIW, the "**Defendants**") for summary judgment dismissing the Second Amended Complaint [Adv. Docket No. 24] (the "**Complaint**") in the above-captioned adversary-proceeding or, in the alternative, granting partial summary judgment; and (b) the cross-motion [Adv. Docket No. 66] (the "**Plaintiff's Cross-Motion**") of the plaintiff Drivetrain, LLC, in its capacity as Trustee of the SunEdison Litigation Trust (the "**Plaintiff**"), for summary judgment dismissing the Defendants' "Time-Bar Defense" set forth in the Second Affirmative Defenses of the Defendants' respective Answers to the Complaint; and the Court having jurisdiction to consider the Defendants' Motion and the Plaintiff's Cross-Motion and to grant the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the matter being a core proceeding under 28 U.S.C. § 157(b)(2); and venue being proper under 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been given and no other or further notice needing to be provided; and the Court have heard oral argument with respect to the Defendants' Motion and the Plaintiff's Cross Motion on June 9, 2026 (the "**Hearing**"); and the Court having duly considered all the pleadings and papers submitted by the parties in support of their respective motions, as well as their opposition papers and the arguments of counsel at the Hearing; and the Court having issued its Decision Resolving Cross-Motions for Summary Judgment dated July 31, 2026 [Docket No. 77] (the "**Summary Judgment Decision**"); and for the reasons set forth in the Summary Judgment Decision and consistent therewith; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. Defendants' Motion is DENIED on the basis set forth in the Summary Judgment Decision.

2. Plaintiff's Cross-Motion is hereby GRANTED as set forth herein.

3. The Second Affirmative Defense set forth in EIW's Answer [Docket No. 26] to the Complaint is hereby dismissed and stricken with prejudice.

4. The Second Affirmative Defense set forth in Expeditors UK's Answer [Docket No. 25] to the Complaint is hereby dismissed and stricken with prejudice.

5. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation, enforcement, or implementation of this Order.

Dated: New York, New York
September 3, 2026

*s/ David S. Jones*
Honorable David S. Jones
United States Bankruptcy Judge